UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MUSSELMAN, | ) | Case No. CV 12-2463 ODW(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ JUDGMENT |
| v. | ) | |
| P.D. BRAZELTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 13, 2015

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE